**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CLIFTON WHITE,

Plaintiff - Appellant,

v.

CORECIVIC, INC; LISA PADILLA, New Mexico Correctional Department, in her individual capacity; ELIJAH LANGSTON, New Mexico Corrections Department, in his individual capacity; CATHY CATANACH, New Mexico Corrections Department, in her individual capacity, JUDITH ANDERSON; ANTHONY ROMERO; JANE AND JOHN DOES (1-10); GERMAN FRANCO,

Defendants - Appellees.

No. 25-2062
(D.C. No. 1:21-CV-01204-MIS-JFR)

---

**STIPULATION TO DISMISS**

---

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b)(1), and the agreement of the parties, the undersigned hereby stipulate that the above appeal be dismissed with prejudice. Each party shall bear their own costs on appeal.

*<u>/s/ Ryan J. Villa</u>*
Ryan J. Villa
THE LAW OFFICE OF RYAN J. VILLA
5501 Eagle Rock Ave. NE Suite C2
Albuquerque, NM 87113
(505) 639-5709
ryan@rjvlawfirm.com

Attorney for Plainitff-Appellant
Clifton White

*/s/ Kevin L. Nguyen*
Kevin L. Nguyen
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600
knguyen@strucklove.com

Attorney for Defendant-Appellee
CoreCivic Inc.

*/s/ Mark E. Komer*
Mark E. Komer
LONG, KOMER & ASSOCIATES P.A.
P.O. Box 5098
Santa Fe, NM 87502-5098
(505) 982-8405
mark@longkomer.com

Attorney for Defendants-Appellees
Lisa Padilla, Elijah Langston, Cathy
Catanach, Judith Anderson, Anthony
Romero and German Franco